**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____ Chapter **11**

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | 97 & 99 Prospect, LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-3888324 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **97 Prospect Avenue**<br>**Buffalo, NY 14201**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Erie**<br>County | **Location of principal assets, if different from principal place of business**<br>**Erie County**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 1-26-10658-CLB, Doc 1, Filed 05/22/26, Entered 05/22/26 10:23:36, Description: Main Document , Page 1 of 41

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**5223**___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

     Contact name _____

     Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

- ☐ $50,001 - $100,000
- ☒ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Case 1-26-10658-CLB,    Doc 1,    Filed 05/22/26,    Entered 05/22/26 10:23:36,
Description: Main Document , Page 4 of 41

| | |
|---|---|
| ▉ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 21, 2026**
MM / DD / YYYY

**X** **/s/ James G. Copella**                                  **James G. Copella**
Signature of authorized representative of debtor        Printed name

Title     **Sole member**

---

**18. Signature of attorney**

**X** **/s/ Robert B. Gleichenhaus, Esq.**                    Date **May 21, 2026**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert B. Gleichenhaus, Esq.**
Printed name

**Gleichenhaus, Marchese & Weishaar, P.C.**
Firm name

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
Number, Street, City, State & ZIP Code

Contact phone     **(716) 845-6446**          Email address _____

**4098570 NY**
Bar number and State

# United States Bankruptcy Court
## Western District of New York

In re __97 & 99 Prospect, LLC__        Case No. _____

                                         Debtor(s)        Chapter    __11__ _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **James G. Copella**, declare under penalty of perjury that I am the **Sole member** of  **97 & 99 Prospect, LLC**, and that the following is a true and correct copy of the resolutions adopted by Written Consent/Resolution of Sole Member of 97 & 99 Prospect, LLC of said company  at a special meeting duly called and held on the **19th**  day of  **May** , 20 __26__  .

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **James G. Copella, Sole member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **James G. Copella, Sole member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **James G. Copella, Sole member** of this Company is authorized and directed to employ **Robert B. Gleichenhaus, Esq.**, attorney and the law firm of **Gleichenhaus, Marchese & Weishaar, P.C.** to represent the company in such bankruptcy case."

Date  **May 21, 2026** _____        Signed  **/s/ James G. Copella** _____

                                                          **James G. Copella**

<div align="center">

Written Consent/Resolution of
Sole Member of
**97 & 99 Prospect, LLC**

</div>

Whereas, it is in the best interest of this company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **James G. Copella**, **Sole member** of this Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the company; and

Be It Further Resolved, that **James G. Copella**, **Sole member** of this Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case, and

Be It Further Resolved, that **James G. Copella**, **Sole member** of this Company is authorized and directed to employ **Robert B. Gleichenhaus, Esq.**, attorney and the law firm of **Gleichenhaus, Marchese & Weishaar, P.C.** to represent the company in such bankruptcy case.

Date **May 21, 2026**        Signed **/s/ James G. Copella**

                                                                 **James G. Copella, Sole Member**

Date        Signed

**Fill in this information to identify the case:**

Debtor name    **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### ◼ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ◼   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ◼   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ◼   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ◼   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ◼   *Schedule H: Codebtors* (Official Form 206H)
- ◼   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2026**     *X* **/s/ James G. Copella**
                                          Signature of individual signing on behalf of debtor

                                          **James G. Copella**
                                          Printed name

                                          **Sole member**
                                          Position or relationship to debtor

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36, Description: Main Document , Page 8 of 41

Fill in this information to identify the case:

Debtor name **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF NEW YORK**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Buffalo Water Board 281 Exchange Street Buffalo, NY 14204** | | **Water arrears** | **Contingent** | **$1,602.00** | **$315,000.00** | **unknown** |
| **Capital One Attn: General Correspondence P.O. Box 30285 Salt Lake City, UT 84130-0287** | | **Credit** | | | | **$2,400.00** |
| **Verizon Wireless Bankruptcy Admin. 500 Technology Drive, Suite 550 Saint Charles, MO 63304** | | **Credit** | | | | **$100.00** |

**Fill in this information to identify the case:**

Debtor name   **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................................   $   **640,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $   **6,600.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $   **646,600.00**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **450,816.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $   **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$   **2,500.00**

4.   **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                              $   **453,316.00**

**Fill in this information to identify the case:**

Debtor name     **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.

    ■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|
| 2. **Cash on hand** | | | **$100.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Five Star Bank** | **Checking** | **9774** | **$600.00** |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 5. **Total of Part 1.** | | **$700.00** |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

    ☐ No. Go to Part 3.

    ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Escrowed (Landlord/Tenant) security deposit subject to tenant claims** | **$2,400.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36, Description: Main Document , Page 11 of 41

9. **Total of Part 2.**                                          | **$2,400.00** |

   Add lines 7 through 8. Copy the total to line 81.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:     Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5:     Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:     Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software Miscellaneous technology and computer equipment, including (4) computers, related peripherals, networking equipment, cables, accessories, and other related office technology** | | | **$500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                          | **$500.00** |

   Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Miscellaneous maintenance supplies,<br>including ladders, plumbing supplies,<br>electrical supplies, painting supplies, cleaning<br>supplies, hardware, tools, etc.** | | | **$3,000.00** |

51.  **Total of Part 8.**                                                                                          **$3,000.00**

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 55.1. | **97 Prospect Avenue Buffalo, New York 14201** | fee simple | Tax records | $325,000.00 |
| 55.2. | **99 Prospect Avenue Buffalo, New York 14201** | fee simple | Tax records | $315,000.00 |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    **$640,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets Real estate lead generation databases, marketing materials, and related technology used to identify, track, and manage prospective real estate leads.** | | | **unliquidated/unknown** |
| | **Various trade secrets associated with investment placement, including investment sourcing methods, investor relationships, placement strategies, deal structures, marketing approaches, diligence processes, and other proprietary business information** | | | **unliquidated/unknown** |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36,
Description: Main Document  , Page 14 of 41

■ No

☐ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.

☐ Yes Fill in the information below.

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36,
Description: Main Document  , Page 15 of 41

| Part 12: | **Summary** |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $700.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9...........................................................................>* | | $640,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,600.00 | + 91b. $640,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $646,600.00 |

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:**  List Creditors Who Have Secured Claims |
| --- |

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | *Column A*<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Buffalo Water Board**<br>Creditor's Name<br><br>**281 Exchange Street**<br>**Buffalo, NY 14204**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2024**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. City of Buffalo**<br>**2. City of Buffalo/User Fee**<br>**3. Buffalo Water Board**<br>**4. County of Erie** | **Describe debtor's property that is subject to a lien**<br>**97 Prospect Avenue**<br>**Buffalo, New York 14201**<br><br>**Describe the lien**<br>**Water**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,378.00 | $325,000.00 |
| **2.2** **Buffalo Water Board**<br>Creditor's Name<br><br>**281 Exchange Street**<br>**Buffalo, NY 14204**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2024**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**99 Prospect Avenue**<br>**Buffalo, New York 14201**<br><br>**Describe the lien**<br>**Water**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $1,602.00 | $315,000.00 |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. City of Buffalo** | ☐ Disputed |
| **2. City of Buffalo/User Fee** | |
| **3. Buffalo Water Board** | |
| **4. County of Erie** | |

| | | | |
|---|---|---|---|
| **2.3**　**City of Buffalo** | Describe debtor's property that is subject to a lien | $4,863.00 | $325,000.00 |
| Creditor's Name | **97 Prospect Avenue** | | |
| **Department of Assessment & Taxation** **Room 120, City Hall** **65 Niagara Square** **Buffalo, NY 14202** | **Buffalo, New York 14201** | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Property taxes** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

| | | | |
|---|---|---|---|
| **2.4**　**City of Buffalo** | Describe debtor's property that is subject to a lien | $4,771.00 | $315,000.00 |
| Creditor's Name | **99 Prospect Avenue** | | |
| **Department of Assessment & Taxation** **Room 120, City Hall** **65 Niagara Square** **Buffalo, NY 14202** | **Buffalo, New York 14201** | | |
| Creditor's mailing address | **Describe the lien** | | |
| | **Property taxes** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| **2024** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

Case 1-26-10658-CLB,　Doc 1,　Filed 05/22/26,　Entered 05/22/26 10:23:36,
Description: Main Document , Page 18 of 41

| | | | |
|---|---|---|---|
| **2.5** **City of Buffalo/User Fee** | **Describe debtor's property that is subject to a lien** | **$2,010.00** | **$325,000.00** |

Creditor's Name

**Collections Division
Room 113 City Hall
65 Niagara Square
Buffalo, NY 14202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2024**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**97 Prospect Avenue
Buffalo, New York 14201**

**Describe the lien**
**User & garbage fee**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.6** **City of Buffalo/User Fee** | **Describe debtor's property that is subject to a lien** | **$515.00** | **$315,000.00** |

Creditor's Name

**Collections Division
Room 113 City Hall
65 Niagara Square
Buffalo, NY 14202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2024**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**99 Prospect Avenue
Buffalo, New York 14201**

**Describe the lien**
**User & garbage fee**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| **2.7** **County of Erie** | **Describe debtor's property that is subject to a lien** | **$2,640.00** | **$325,000.00** |

Creditor's Name

**95 Franklin Street
Buffalo, NY 14202**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2024**

**97 Prospect Avenue
Buffalo, New York 14201**

**Describe the lien**
**County taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Case 1-26-10658-CLB,　Doc 1,　Filed 05/22/26,　Entered 05/22/26 10:23:36,
Description: Main Document , Page 19 of 41

Debtor **97 & 99 Prospect, LLC**      Case number (if known) _____
Name

**Last 4 digits of account number** _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.8 | **County of Erie** | **Describe debtor's property that is subject to a lien** | $2,037.00 | $315,000.00 |
|---|---|---|---|---|

Creditor's Name

**95 Franklin Street
Buffalo, NY 14202**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**99 Prospect Avenue
Buffalo, New York 14201**

**Describe the lien**
**County taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2024**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ■ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.2** | ☐ Disputed |

---

| 2.9 | **Stormfield SPV I, LLC** | **Describe debtor's property that is subject to a lien** 97 | $430,000.00 | $635,000.00 |
|---|---|---|---|---|

Creditor's Name

**200 Pequot Avenue
Southport, CT 06890**

Creditor's mailing address

**Describe debtor's property that is subject to a lien** 97
**Prospect Avenue & 99 Prospect Avenue
Buffalo, New York 14201**

**Describe the lien**
**cross collateralized mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**2023**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3121**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$450,816.00**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36, Description: Main Document , Page 20 of 41

Debtor **97 & 99 Prospect, LLC**
_____
Name

Case number (if known) _____

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Polsinelli, PC**<br>**600 Third Avenue, 42nd Floor**<br>**New York, NY 10016** | Line **2.9** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

Debtor name __**97 & 99 Prospect, LLC**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and
Personal Property* **(Official Form 206A/B) and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,400.00** |
|---|---|---|---|
| | **Capital One**<br>**Attn: General Correspondence**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0287** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __2024__ | **Basis for the claim:** __Credit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **Verizon Wireless Bankruptcy Admin.**<br>**500 Technology Drive, Suite 550**<br>**Saint Charles, MO 63304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** __2026+__ | **Basis for the claim:** __Credit__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | **2,500.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $ | **2,500.00** |

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    page 1 of 1

**Fill in this information to identify the case:**

Debtor name     **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor has various lease agreements with tenants from two parcels of its real estate holdings.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Tenant(s)** _____ |

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36,
Description: Main Document  , Page 23 of 41

Fill in this information to identify the case:

Debtor name     **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **James Copella** | **1967 Wehrle Drive, Suite 086 Buffalo, NY 14221** | **Stormfield SPV I, LLC** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **97 & 99 Prospect, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$20,000.00**<br>**(approx)** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$45,000.00**<br>**(approx)** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$67,500.00**<br>**(approx)** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Case 1-26-10658-CLB,    Doc 1,    Filed 05/22/26,    Entered 05/22/26 10:23:36,
Description: Main Document  , Page 25 of 41

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Stormfield SPV I, LLC v. 97 & 99 Prospect, LLC, et al. 817322/2024** | **Mortgage Foreclosure** | **NYS Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Case 1-26-10658-CLB,   Doc 1,   Filed 05/22/26,   Entered 05/22/26 10:23:36,
Description: Main Document  , Page 26 of 41

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Gleichenhaus, Marchese & Weishaar, P.C.**<br>**930 Convention Tower**<br>**43 Court Street**<br>**Buffalo, NY 14202** | **pre-petition consulting fee** | **04/2026** | **$5,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**James G. Copella** | | | |
| 11.2. **Gleichenhaus, Marchese & Weishaar, P.C.**<br>**930 Convention Tower**<br>**43 Court Street**<br>**Buffalo, NY 14202** | **Attorney Fees** | **05/2026** | **$13,262.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Debtor & James G. Copella** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Case 1-26-10658-CLB,    Doc 1,    Filed 05/22/26,    Entered 05/22/26 10:23:36,
Description: Main Document  , Page 27 of 41

---

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---------|----------------------------|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|-----------------------------------------|-------------------------------------------|-----------------------------|-----------------------------|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Official Form 207                   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                   page **4**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Case 1-26-10658-CLB,    Doc 1,    Filed 05/22/26,    Entered 05/22/26 10:23:36,
Description: Main Document  , Page 29 of 41

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **James G. Copella** | **97 Prospect Avenue Buffalo, NY 14201** | **Sole Member** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

Case 1-26-10658-CLB,    Doc 1,    Filed 05/22/26,    Entered 05/22/26 10:23:36,
Description: Main Document  , Page 30 of 41

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

<div style="background:black;color:white;display:inline-block">**Part 14:**</div>    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2026**

**/s/ James G. Copella**                                    **James G. Copella**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Sole member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Case 1-26-10658-CLB,    Doc 1,    Filed 05/22/26,    Entered 05/22/26 10:23:36,
Description: Main Document  , Page 32 of 41

# United States Bankruptcy Court
## Western District of New York

In re  **97 & 99 Prospect, LLC**

Debtor(s)

Case No. _____

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **395/hour** |
| Prior to the filing of this statement I have received | $ **13,262.00** |
| Balance Due | $ **TBD** |

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):  **Debtor & James G. Copella**

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 21, 2026**

*Date*

**/s/ Robert B. Gleichenhaus, Esq.**

**Robert B. Gleichenhaus, Esq.**
*Signature of Attorney*
**Gleichenhaus, Marchese & Weishaar, P.C.**
**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446  Fax: (716) 845-6475**
*Name of law firm*

---

<div align="center">

# United States Bankruptcy Court
## Western District of New York

</div>

In re    **97 & 99 Prospect, LLC**            Case No.

                                                Debtor(s)       Chapter     **11**

<div align="center">

## LIST OF EQUITY SECURITY HOLDERS

</div>

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **James G. Copella**<br>**97 Prospect Avenue**<br>**Buffalo, NY 14201** | **100%** | **100%** | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Sole member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **May 21, 2026**                           Signature   **/s/ James G. Copella**

                                                                **James G. Copella**

<div align="center">

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

</div>

Sheet 1 of 1 in List of Equity Security Holders

In re    **97 & 99 Prospect, LLC**                Case No.              
                           Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and

correct to the best of my knowledge.

Date:    **May 21, 2026**                      **/s/ James G. Copella**
                                          **James G. Copella**/**Sole member**
                                          Signer/Title

Buffalo Water Board
281 Exchange Street
Buffalo, NY 14204


Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0287


City of Buffalo
Department of Assessment & Taxation
Room 120, City Hall
65 Niagara Square
Buffalo, NY 14202


City of Buffalo/User Fee
Collections Division
Room 113 City Hall
65 Niagara Square
Buffalo, NY 14202


County of Erie
95 Franklin Street
Buffalo, NY 14202


James Copella
1967 Wehrle Drive, Suite 086
Buffalo, NY 14221


Polsinelli, PC
600 Third Avenue, 42nd Floor
New York, NY 10016


Stormfield SPV I, LLC
200 Pequot Avenue
Southport, CT 06890


Verizon Wireless Bankruptcy Admin.
500 Technology Drive, Suite 550
Saint Charles, MO 63304

# United States Bankruptcy Court
## Western District of New York

In re    **97 & 99 Prospect, LLC**      Case No. _____

             Debtor(s)      Chapter    **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **97 & 99 Prospect, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 21, 2026**
_____

Date

**/s/ Robert B. Gleichenhaus, Esq.**
_____

**Robert B. Gleichenhaus, Esq.**

Signature of Attorney or Litigant

Counsel for   **97 & 99 Prospect, LLC**

**Gleichenhaus, Marchese & Weishaar, P.C.**

**930 Convention Tower**
**43 Court Street**
**Buffalo, NY 14202**
**(716) 845-6446 Fax:(716) 845-6475**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re

    97 & 99 PROSPECT, LLC,

        Debtor.

Chapter 11 - Sub-chapter V

Tax I.D. No. 86-3888324

Case No.: 1-26-_____-CLB

Assigned Judge: Carl L. Bucki

## DEBTOR'S DECLARATION REGARDING ITS DUTY TO PROVIDE CERTAIN FINANCIAL STATEMENTS AS REQUIRED UNDER 11 U.S.C. §1116(1)

The Debtor-In-Possession, 97 & 99 Prospect, LLC (the "Debtor") hereby affirms:

1. The Debtor filed its voluntary petition for relief under Chapter 11 on May 22, 2026 (the "Filing").

2. The Debtor is a privately-owned company, in which its Principal is the sole member, with its primary place of business in Buffalo, New York and its principal assets located in Erie County. The Debtor is in the business of identifying real estate owners facing time-sensitive circumstances and facilitating introductions to buyers or investors capable of completing expedited transactions outside of the traditional listing process.

3. The Debtor is a small business as defined by §101(51C) of the United States Bankruptcy Code.

4. This Affidavit is submitted regarding Debtor's duty to append to its Petition copies of certain financial statements, including its most recent balance sheet, statement of operations and cash-flow statement as required under 11 U.S.C. §1116(1).

5. The Debtor hereby exclaims that, to date, the Debtor has not prepared a balance sheet, statement of operations, cash-flow statement; however, the last filed tax return is attached hereto.

DATED: May 21, 2026

                                        _James G. Copella_
                                        James G. Copella
                                        Sole Member

**SCHEDULE C**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
(Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **09**

Name of proprietor
James G. Copella

**Social security number (SSN)**
xxx-xx-xxxx

| | | |
|---|---|---|
| **A** | Principal business or profession, including product or service (see instructions)<br>storage garage | **B** Enter code from instructions<br>5 \| 3 \| 1 \| 1 \| 9 \| 0 |
| **C** | Business name. If no separate business name, leave blank.<br>97 & 99 Prospect LLC | **D** Employer ID number (EIN) (see instr.)<br>x \| x \| - \| x \| x \| x \| 8 \| 3 \| 2 \| 4 |

**E** Business address (including suite or room no.)  97 Prospect Avenue
City, town or post office, state, and ZIP code  Buffalo NY 14201

**F** Accounting method:  (1) ☑ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses  ☑ Yes  ☐ No

**H** If you started or acquired this business during 2024, check here  ☐

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions  ☐ Yes  ☑ No

**J** If "Yes," did you or will you file required Form(s) 1099?  ☐ Yes  ☐ No

## Part I  Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked  ☐ | **1** | 3,600 |
| 2 | Returns and allowances | **2** | |
| 3 | Subtract line 2 from line 1 | **3** | |
| 4 | Cost of goods sold (from line 42) | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | **5** | 3,600 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 | **7** | 3,600 |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | **8** | | 18 | Office expense (see instructions) | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | **11** | | a | Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion | **12** | | b | Other business property | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 21 | Repairs and maintenance | **21** | |
| | | | | 22 | Supplies (not included in Part III) | **22** | |
| | | | | 23 | Taxes and licenses | **23** | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | **14** | | a | Travel | **24a** | |
| | | | | b | Deductible meals (see instructions) | **24b** | |
| 15 | Insurance (other than health) | **15** | | 25 | Utilities | **25** | |
| 16 | Interest (see instructions): | | | 26 | Wages (less employment credits) | **26** | |
| a | Mortgage (paid to banks, etc.) | **16a** | | 27a | Other expenses (from line 48) | **27a** | |
| b | Other | **16b** | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | **27b** | |
| 17 | Legal and professional services | **17** | | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b | **28** | 0 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | **29** | 3,600 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | **30** | 0 |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | **31** | 3,600 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32a** ☐ All investment is at risk.<br>**32b** ☐ Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.  Cat. No. 11334P  Schedule C (Form 1040) 2024

# SCHEDULE E (Form 1040)

Department of the Treasury
Internal Revenue Service

## Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

**Attach to Form 1040, 1040-SR, 1040-NR, or 1041.**
Go to *www.irs.gov/ScheduleE* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment Sequence No. **13**

Name(s) shown on return: James G. Copella

Your social security number: XXX-XX-XXXX

## Part I — Income or Loss From Rental Real Estate and Royalties

**Note:** If you are in the business of renting personal property, use **Schedule C**. See instructions. If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

**A** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions . . . . . ☐ Yes ☑ No
**B** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| A | 97 Prospect Avenue Buffalo NY 14201 |
| B | 99 Prospect Avenue Buffalo NY 14201 |
| C | |

**1b** Type of Property (from list below)

| | |
|---|---|
| A | 2 |
| B | 2 |
| C | |

**2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions.

| | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|
| A | 365 | | ☐ |
| B | 365 | | ☐ |
| C | | | ☐ |

**Type of Property:**
1 Single Family Residence
2 Multi-Family Residence
3 Vacation/Short-Term Rental
4 Commercial
5 Land
6 Royalties
7 Self-Rental
8 Other (describe) _____

| | | | Properties: A | B | C |
|---|---|---|---|---|---|
| **Income:** | | | | | |
| 3 | Rents received | 3 | 36,000 | 31,200 | |
| 4 | Royalties received | 4 | | | |
| **Expenses:** | | | | | |
| 5 | Advertising | 5 | | | |
| 6 | Auto and travel (see instructions) | 6 | | | |
| 7 | Cleaning and maintenance | 7 | | | |
| 8 | Commissions | 8 | | | |
| 9 | Insurance | 9 | 1869 | 1246 | |
| 10 | Legal and other professional fees | 10 | | | |
| 11 | Management fees | 11 | | | |
| 12 | Mortgage interest paid to banks, etc. (see instructions) | 12 | 21263 | 21263 | |
| 13 | Other interest | 13 | | | |
| 14 | Repairs | 14 | 2476 | 1650 | |
| 15 | Supplies | 15 | 1123 | 1101 | |
| 16 | Taxes | 16 | 1813 | 1813 | |
| 17 | Utilities | 17 | 516 | 344 | |
| 18 | Depreciation expense or depletion | 18 | 1061 | 1061 | |
| 19 | Other (list) water & garbage | 19 | 1164 | 776 | |
| 20 | Total expenses. Add lines 5 through 19 | 20 | 31,285 | 29,254 | |
| 21 | Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | 21 | 4715 | 1946 | |
| 22 | Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | 22 | ( ) | ( ) | ( ) |

| | | | |
|---|---|---|---|
| 23a | Total of all amounts reported on line 3 for all rental properties | 23a | 67,200 |
| b | Total of all amounts reported on line 4 for all royalty properties | 23b | |
| c | Total of all amounts reported on line 12 for all properties | 23c | 42,525 |
| d | Total of all amounts reported on line 18 for all properties | 23d | 2122 |
| e | Total of all amounts reported on line 20 for all properties | 23e | 60,539 |
| 24 | **Income.** Add positive amounts shown on line 21. **Do not** include any losses | 24 | 6661 |
| 25 | **Losses.** Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | 25 | ( ) |
| 26 | **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, and IV, and line 40 on page 2 do not apply to you, also enter this amount on Schedule 1 (Form 1040), line 5. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 6661 |

For Paperwork Reduction Act Notice, see the separate instructions.　　Cat. No. 11344L　　Schedule E (Form 1040) 2024

| Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number XXX-XX-XXXX |
|---|---|

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II   Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (e) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (f) on line 28 and attach **Form 6198**. See instructions.

**27**   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**28**

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | | | ☐ | | ☐ | ☐ |
| B | | | ☐ | | ☐ | ☐ |
| C | | | ☐ | | ☐ | ☐ |
| D | | | ☐ | | ☐ | ☐ |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | | | |

| | | | |
|---|---|---|---|
| **30** | Add columns (h) and (k) of line 29a . . . . . . . . . . . . . . . . . | **30** | |
| **31** | Add columns (g), (i), and (j) of line 29b . . . . . . . . . . . . . . . | **31** | ( ) |
| **32** | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 . . . . . | **32** | |

### Part III   Income or Loss From Estates and Trusts

**33**

| | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| | | | |
|---|---|---|---|
| **35** | Add columns (d) and (f) of line 34a . . . . . . . . . . . . . . . . | **35** | |
| **36** | Add columns (c) and (e) of line 34b . . . . . . . . . . . . . . . . | **36** | ( ) |
| **37** | **Total estate and trust income or (loss).** Combine lines 35 and 36 . . . . . . . . . | **37** | |

### Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

**38**

| | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | | |
|---|---|---|---|
| **39** | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below . | **39** | |

### Part V   Summary

| | | | |
|---|---|---|---|
| **40** | Net farm rental income or (loss) from **Form 4835**. Also, complete line 42 below . . . . . . . | **40** | |
| **41** | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| **42** | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions . | **42** | |
| **43** | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules . . . . . . . . . . | **43** | |

Case 1-26-10658-CLB, Doc 1, Filed 05/22/26, Entered 05/22/26 10:23:36, Description: Main Document , Page 41 of 41